120

411 A.2d 216

Frank BOLUS

v.

Charles BOLUS and George Bolus (two cases).

Appeal of George BOLUS.

Appeal of Anna BOLUS, Executrix of the Estate or Frank Bolus, Deceased.

Supreme Court of Pennsylvania.

Argued Jan. 24, 1980.

Decided Feb. 25, 1980.

Philip H. Williams, Stroudsburg, Carlon M. O'Malley, Scranton, George Westervelt, Jr., Stroudsburg, for appellant George Bolus.

W. Boyd Hughes, Scranton, Michael Shehadi, Throop, for appellee Frank Bolus.

William J. Garvey, Scranton, for appellee Charles Bolus.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN and FLAHERTY, JJ.

OPINION

PER CURIAM:

The petitions for allowance of appeal having been improvidently granted, the appeals are dismissed.

Each party to pay own costs.